**NEOTONUS, INC., Plaintiff–Appellant,**

v.

**AMERICAN MEDICAL ASSOCIATION, American Urological Association, Defendants–Appellees.**

No. 07–14109.

United States Court of Appeals, Eleventh Circuit.

March 20, 2008.

June Ann Sauntry, Troutman Sanders, Atlanta, GA, for Plaintiff–Appellant.

Kimberly L. Myers, Tony G. Powers, Rogers & Hardin, LLP, Daniel Patrick Griffin, Atlanta, GA, John Jeffries Miles, Ober Kaler Grimes & Shriver, Christi J. Braun, E. John Steren, Ober Kaler Grimes & Shriver, William E. Berlin, Washington, DC, Jack R. Bierig, Laura D. Warren, Scott D. Stein, Sidley Austin Brown & Wood, LLP, Chicago, IL, for Defendants–Appellees.

Before HULL and WILSON, Circuit Judges, and ALBRITTON,* District Judge.

PER CURIAM:

After careful review of the briefs and the benefit of oral argument, we affirm the district court's grant of summary judgment substantially for the reasons set forth in the district court's well-reasoned opinion. *See Neotonus, Inc. v. Am. Med. Ass'n.,* No. 04 Civ.2050, —— F.Supp.2d ——, 2007 WL 2258723 (N.D.Ga. Aug. 3, 2007).

AFFIRMED.